NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK HANLEY GIBBONS,                )
                                    )
        Appellant,                  )
                                    )
v.                                  )           Case No. 2D18-1606
                                    )
CLIFFORD S. GIBBONS & TIMOTHY       )
M. GIBBONS, CO-Trustees of the Sam  )
M. Gibbons Revocable Trust,         )
                                    )
        Appellees.                  )
_____ )

Opinion filed December 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Catherine M. Catlin,
Judge.

David C. Lanigan of David Lanigan,
P.A., Tampa, for Appellant.

Larry M. Segall and Loretta C.
O'Keeffe of Gibbons Ineuman, Tampa,
for Appellees.


PER CURIAM.


        Affirmed.


MORRIS, LUCAS, and SALARIO, JJ., Concur.